IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wylie, Darshawn

Printed: 12/10/08

Case Number: 08 B 07920
Judge: Wedoff, Eugene R
Filed: 4/2/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 30, 2008
Confirmed: May 29, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 490.00 |  |
| Secured: |  | 100.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 358.14 |
| Trustee Fee: |  | 31.86 |
| Other Funds: |  | 0.00 |
| Totals: | 490.00 | 490.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 358.14 |
| 2. | Gateway Financial | Secured | 4,489.43 | 100.00 |
| 3. | Jefferson Capital Systems LLC | Unsecured | 127.55 | 0.00 |
| 4. | River Auto Group Ltd | Unsecured | 213.45 | 0.00 |
| 5. | Illinois Tollway | Unsecured | 291.14 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 65.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 176.65 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 78.22 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 157.23 | 0.00 |
| 10. | Gateway Financial | Unsecured | 8.01 | 0.00 |
| 11. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 12. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 13. | Credit Protection Association | Unsecured |  | No Claim Filed |
|  |  |  | $ 9,070.68 | $ 458.14 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 31.86 |
|  | $ 31.86 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Wylie, Darshawn

Printed: 12/10/08

Case Number:  08 B 07920
Judge:  Wedoff, Eugene R
Filed:  4/2/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

